Lisa McMahon-Myhran, WSBA #27559
Condominium Law Group
10310 Aurora Avenue North
Seattle, WA 98133
(206) 633-1520
lisa@condolaw.net
*Attorneys for Plaintiff Bayview Townhomes Homeowners Association*

The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BAYVIEW TOWNHOMES HOMEOWNERS ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　Defendant. | No. 2:18-cv-01299-JLR<br><br>STIPULATED MOTION FOR DISMISSAL |

## RELIEF REQUESTED

Plaintiff Bayview Townhomes Homeowners Association and Defendant Nationstar Mortgage LLC, by and through their undersigned counsel jointly request that this lawsuit be dismissed pursuant to LCR 7(d)(1).

## STATEMENT OF FACTS

1. On July 24, 2018, Plaintiff initiated this action to quiet title in King County Superior Court.

2. On September 4, 2018, Defendant subsequently removed the matter to federal court.

3. Defendant filed its Answer to Plaintiff's Complaint on September 10, 2018.

MOTION TO DISMISS - Page 1 of 2

Condominium Law Group, PLLC
10310 Aurora Avenue North
Seattle, WA 98133
(206) 633-1520

52765979;1

4. The parties have negotiated a settlement and wish to dismiss this case without an award of fess or costs to either party. This request is made pursuant to LCR 7(d)(1).

## STATEMENT OF ISSUE

Whether the Court should dismiss this action?

## EVIDENCE RELIED UPON

Plaintiff relies upon the Statement of Facts herein along with the pleadings and documents that have been filed in this action.

## AUTHORITY

LCR 7(d)(1) provides that parties may submit a joint motion to dismiss to the Court. In the interests of judicial economy, and as all matters have been resolved between the parties, the undersigned request that the case be dismissed with prejudice, without an award of fees or costs to either party.

DATED this ____ day of _____ 2020.

Jointly presented by:

CONDOMINIUM LAW GROUP, PLLC          WITHERSPOON KELLEY


*/s/Lisa McMahon-Myhran*_____          */s/ Michael J. Kapaun*_____
Valerie Farris Oman, WSBA #37237          Michael J. Kapaun, WSBA #36864
Brett Masch, WSBA #43851                  Attorneys for Defendant Nationstar
Lisa McMahon-Myhran, WSBA #27559          Mortgage LLC
Attorneys for Plaintiff

MOTION TO DISMISS - Page 2 of 2

Condominium Law Group, PLLC
10310 Aurora Avenue North
Seattle, WA 98133
(206) 633-1520

52765979;1

Valerie Farris Oman, WSBA #37237  The Honorable James L. Robart
Brett C. Masch, WSBA #43851
Lisa McMahon-Myhran, WSBA #27559
Condominium Law Group, PLLC
10310 Aurora Ave. N.
Seattle, WA 98133
Telephone: 206-633-1520
Facsimile: 206-633-1521
valerie@condolaw.net

*Attorneys for Plaintiff*
*Bayview Townhomes*
*Homeowners Association*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BAYVIEW TOWNHOMES HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC<br><br>Defendants. | NO. 2:18-cv-01299-JLR<br><br>ORDER GRANTING MOTION TO DISMISS<br><br>**[CLERK'S ACTION REQUIRED]** |

**ORDER**

The Court has reviewed the parties Joint Motion for Dismissal. It is hereby:

ORDERED, ADJUDGED and DECREED that the Stipulated Motion for Dismissal is GRANTED and that this case is dismissed with prejudice, without an award of fees or costs to either party.

ORDER DISMISSING CASE - 1

Condominium Law Group, PLLC
10310 Aurora Ave N.
Seattle, WA 98133
206-633-1520

52765994;1

///SIGNATURE PAGE TO FOLLOW///

ORDER DISMISSING CASE - 2

Condominium Law Group, PLLC
10310 Aurora Ave N.
Seattle, WA 98133
206-633-1520

52765994;1

DONE this 30th day of ____April____, 2020.

_____
United States District Judge

Jointly presented by:

| CONDOMINIUM LAW GROUP, PLLC | WITHERSPOON KELLEY |
|---|---|
| _/s/Lisa McMahon-Myhran_ | _/s/ Michael J. Kapaun_ |
| Valerie Farris Oman, WSBA #37237<br>Brett Masch, WSBA #43851<br>Lisa McMahon-Myhran, WSBA #27559<br>Attorneys for Plaintiff | Michael J. Kapaun, WSBA #36864<br>Attorneys for Defendant Nationstar Mortgage, LLC |

ORDER DISMISSING CASE - 3

Condominium Law Group, PLLC
10310 Aurora Ave N.
Seattle, WA 98133
206-633-1520

52765994;1